# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157480

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRENT WILLIAM BOGSETH,
     Defendant-Appellant.

SC: 157480
COA: 335864
Van Buren CC: 16-020317-FC

_____/

     On order of the Court, the application for leave to appeal the February 13, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



a1126

Clerk